UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CHINA NATURAL GAS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 13-10419 (JMP) |

**ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE
A CHAPTER 11 PLAN OR PLANS AND SOLICIT ACCEPTANCES THEREOF**

This matter coming before the Court on the Motion of the Debtor and Debtor in Possession for an Order Extending its Exclusive Periods to File a Chapter 11 Plan or Plans and Solicit Acceptances Thereof (the "Motion"),[1] filed by the above-captioned Debtor and Debtor in possession (the "Debtor"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was sufficient under the circumstances, and (d) cause, within the meaning of section 1121(d) of the Bankruptcy Code, exists for the extension of the Exclusive Periods requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

2. The Exclusive Filing Period is hereby extended through and including February 4, 2014, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period is hereby extended through and including April 7, 2014, pursuant to section 1121(d) of the Bankruptcy Code.

4. The relief granted in this Order is without prejudice to the Debtor's right to seek further extensions of the Exclusive Filing Period and the Exclusive Solicitation Period subject to the comments made on the record at the Hearing.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: New York, New York
November 20, 2013



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge