UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :
In re                                             :        Chapter 11 Case No.
                                                  :
CHINA NATURAL GAS, INC.,                          :        13-10419 (SHL)
                                                  :
                        Debtor.                   :
                                                  :
------------------------------------------------------------x

### ORDER DENYING MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ENTRY OF AN ORDER FURTHER EXTENDING ITS EXCLUISVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (ECF No. 128) (the "*Motion*")[1] of China Natural Gas, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "*Debtor*"), pursuant to section 1121(d) of title 11 of the United States Code (the "*Bankruptcy Code*"), for an order (a) further extending the period during which the Debtor has the exclusive right to file a chapter 11 plan or plans (the "*Exclusive Filing Period*") by an additional sixty (60) days, through and including June 9, 2014, and (b) extending the period during which the Debtor has the exclusive right to solicit acceptances thereof (the "*Exclusive Solicitation Period*" and, together with the Exclusive Filing Period, the "*Exclusive Periods*"), through and including August 9, 2014, or approximately sixty (60) days after the expiration of the Exclusive Filing Period, as extended, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and

---

[1] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and an objection having been filed by Abax Lotus, Ltd. and Abax Nai Xin A, Ltd. (collectively, the "**Abax Petitioners**") to the relief requested in the Motion (ECF No. 135); and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing and all of the proceedings had before the Court; and for the reasons, findings and conclusions stated on the record at the Hearing held before the Court and incorporated herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is DENIED, as herein provided.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Exclusive Periods are each hereby terminated as of the entry of this Order.

3. This Order is effective immediately upon entry.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
April 30, 2014

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE