## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: CHINA NATURAL GAS, INC.                       § Case No. 13-10419-SHL
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

## INTERIM TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this interim Final Report and states as follows:

1.  A petition under Chapter 11 of the United States Bankruptcy Code was filed on February 08, 2013.   The case was converted to one under Chapter 7 on July 02, 2014.  The undersigned trustee was appointed on July 08, 2014.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $            377,810.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 63,209.87 |
| Bank service fees | 5,561.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]        $            309,038.41

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 01/30/2015 and the deadline for filing governmental claims was 08/07/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed interim distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $22,140.50.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,819.43, for a total compensation of $18,819.43.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $16.71, for total expenses of $16.71.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/07/2016 _____     By:/s/Alan Nisselson, Trustee _____

                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-10419-SHL

**Case Name:** CHINA NATURAL GAS, INC.

**Period Ending:** 11/08/16

**Trustee:** (521090)    Alan Nisselson, Trustee

**Filed (f) or Converted (c):** 07/02/14 (c)

**§341(a) Meeting Date:** 08/21/14

**Claims Bar Date:** 01/30/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank Accounts  (u) | 123,394.35 | 123,394.35 | | 2,582.00 | FA |
| 2 | 100% Interest in Two Subsidiaries<br>    Subsuduaries are Shaanxi Xilan Natural Gas<br>Equipment Co., Ltd. and Xilan Energy Co., Ltd | Unknown | 250,000.00 | | 125,000.00 | 125,000.00 |
| 3 | Intercompany  Receivables | Unknown | Unknown | | 0.00 | FA |
| 4 | SEC Refund  (u) | 0.00 | 228.00 | | 228.00 | FA |
| 5 | Security Action Settlement  (u)<br>    Order Signed On 3/8/2016, Approving (A)<br>Stipulations of Settlement of (i) A Securities Class<br>Action Against the Debtor, and (ii) the Trustee's Claims<br>Against Former Directors and Officers, and (B) a<br>Related Settlement Agreement and Release With XL<br>Insurance Company SE. (Doc. No.  197). | Unknown | 0.00 | | 250,000.00 | FA |
| **5** | **Assets**    Totals (Excluding unknown values) | **$123,394.35** | **$373,622.35** | | **$377,810.00** | **$125,000.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018     **Current Projected Date Of Final Report (TFR):**    December 31, 2018

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:**  13-10419-SHL
**Case Name:**  CHINA NATURAL GAS, INC.

**Taxpayer ID #:**  **-***1607
**Period Ending:**  11/08/16

**Trustee:**  Alan Nisselson, Trustee (521090)
**Bank Name:**  Rabobank, N.A.
**Account:**  ******8466 - Checking Account
**Blanket Bond:**  $68,010,465.00  (per case limit)
**Separate Bond:**  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/14 | {1} | China Natural Gas, Inc. | Turnover of balances Debtor's bank accounts | 1290-010 | 2,582.00 | | 2,582.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,572.00 |
| 11/07/14 | {2} | Abax Global Capital (Hong Kong) | Sale deposit | 1129-000 | 125,000.00 | | 127,572.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.19 | 127,448.81 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.76 | 127,241.05 |
| 01/05/15 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2015 FOR CASE #13-10419, Bond # 016027942, 1/1/15 to 1/1/16 Voided on 01/05/15 | 2300-003 | | 74.50 | 127,166.55 |
| 01/05/15 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2015 FOR CASE #13-10419, Bond # 016027942, 1/1/15 to 1/1/16 Voided: check issued on 01/05/15 | 2300-003 | | -74.50 | 127,241.05 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.01 | 127,058.04 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.57 | 126,887.47 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.67 | 126,692.80 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.22 | 126,510.58 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.89 | 126,334.69 |
| 06/19/15 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2015 FOR CASE #13-10419, Bond # 016030120 | 2300-000 | | 60.07 | 126,274.62 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.82 | 126,080.80 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.39 | 125,893.41 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.04 | 125,718.37 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.89 | 125,525.48 |
| 10/01/15 | {4} | US Treasury | SEC Refund | 1229-000 | 228.00 | | 125,753.48 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.81 | 125,572.67 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.59 | 125,398.08 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.41 | 125,199.67 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.61 | 125,026.06 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.36 | 124,852.70 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.02 | 124,655.68 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.84 | 124,482.84 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.60 | 124,310.24 |
| 06/28/16 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/30/2016 FOR CASE | 2300-000 | | 49.80 | 124,260.44 |

Subtotals :  $127,810.00  $3,549.56

{} Asset reference(s)

Printed: 11/08/2016 10:29 AM    V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-10419-SHL

**Case Name:** CHINA NATURAL GAS, INC.

**Taxpayer ID #:** **-***1607

**Period Ending:** 11/08/16

**Trustee:** Alan Nisselson, Trustee (521090)

**Bank Name:** Rabobank, N.A.

**Account:** ******8466 - Checking Account

**Blanket Bond:** $68,010,465.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #13-10419, Bond # 016030120; Term: 06/19/16 to 06/19/17 | | | | |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.16 | 124,064.28 |
| 07/08/16 | {5} | China Natural Gas State Law | Settlement | 1249-000 | 250,000.00 | | 374,064.28 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 435.01 | 373,629.27 |
| 08/24/16 | 104 | Wohl & Fruchter LLP | Fees | 3210-600 | | 62,500.00 | 311,129.27 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 589.53 | 310,539.74 |
| 09/12/16 | 105 | NYS Corp. Tax | 2014 CT-3 | 2820-000 | | 300.00 | 310,239.74 |
| 09/12/16 | 106 | NYS Corp. Tax | 2015 CT-3 | 2820-000 | | 300.00 | 309,939.74 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 472.22 | 309,467.52 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 429.11 | 309,038.41 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 377,810.00 | 68,771.59 | **$309,038.41** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 377,810.00 | 68,771.59 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$377,810.00** | **$68,771.59** | |

| Net Receipts : | 377,810.00 |
|---|---|
| Net Estate : | $377,810.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8466** | **377,810.00** | **68,771.59** | **309,038.41** |
| | **$377,810.00** | **$68,771.59** | **$309,038.41** |

{} Asset reference(s)

# EXHIBIT C

## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 30, 2015

**Case Number:** 13-10419-SHL

**Debtor Name:** CHINA NATURAL GAS, INC.

Page: 1

**Date:** November 8, 2016

**Time:** 10:29:37 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Alan Nisselson, Trustee<br>156 West 56th Street<br>New York, NY 10019 | Admin Ch. 7 | | $18,819.43 | $0.00 | 18,819.43 |
| 200 | Alan Nisselson, Trustee<br>156 West 56th Street<br>New York, NY 10019 | Admin Ch. 7 | | $16.71 | $0.00 | 16.71 |
| 200 | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th St.<br>New York, NY 10019 | Admin Ch. 7 | | $155,867.90 | $0.00 | 155,867.90 |
| 200 | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th St.<br>New York, NY 10019 | Admin Ch. 7 | | $2,040.33 | $0.00 | 2,040.33 |
| 200 | Wohl & Fruchter LLP<br>40 Astor Place<br>Monsey, NY 10952 | Admin Ch. 7 | Fees allowed pursuant to Order dated 8/23/2016 (Doc. No. 200). | $62,500.00 | $62,500.00 | 0.00 |
| 200 | Joseph A. Broderick, P.C.<br>734 Walt Whitman Road<br>Suite 204<br>Melville, NY 11747 | Admin Ch. 7 | | $3,034.50 | $0.00 | 3,034.50 |
| 16A<br>200 | Shearman & Sterling LLP<br>Jerome S. Fortinsky<br>599 Lexington Avenue<br>New York, NY 10022 | Admin Ch. 7 | Sherman & Sterling (Trustee's special counsel) filed Claim No. 16 for legal services provided to the Debtor n the Securities Action. The Claim is comprised of $17,423.50 as a Chapter 7 administrative expense claims and the remainder as a Chapter 11 Administrative Expenses Claim. Under the terms of the Order authorizing the Trustee's retention of Sherman & Sterling as his special counsel (Doc. No. 188), the firm's fees are to be paid by XL Insurance under the Debtor's D&O Policy. Accordingly, this clam is deemed satisfied. | $0.00 | $0.00 | 0.00 |
| 20<br>200 | Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Admin Ch. 7 | | $2,925.00 | $0.00 | 2,925.00 |
| 16B<br>300 | Shearman & Sterling LLP<br>Jerome S. Fortinsky<br>599 Lexington Avenue<br>New York, NY 10022 | Admin Ch. 11 | Sherman & Sterling (Trustee's special counsel) filed Claim No. 16 for legal services provided to the Debtor n the Securities Action. The Claim is comprised of $17,423.50 as a Chapter 7 administrative expense claims and the remainder as a Chapter 11 Administrative Expenses Claim. Under the terms of the Order authorizing the Trustee's retention of Sherman & Sterling as his special counsel (Doc. No. 188), the firm's fees are to be paid by XL Insurance under the Debtor's D&O Policy. Accordingly, this clam is deemed satisfied. | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 30, 2015

**Case Number:** 13-10419-SHL
**Debtor Name:** CHINA NATURAL GAS, INC.

Page: 2

**Date:** November 8, 2016
**Time:** 10:29:38 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1P-2 570 | Internal Revenue Service  Pay P.O. Box  7317 Philadelphia, PA 19101-7317 | Priority | Miscellaneous penalties for 2009 | $6,346.43 | $0.00 | 6,346.43 |
| 13S 100 | John T. Carroll, III Cozen O'Connor 1201 North Market St.,Suite 1001 Wilmington, DE 19801 | Secured | Upon motion of claimant and by Order dated 8/11/2014, clamant was authorized to apply retainer in its possession to unpaid legal fees (Doc. No. 159). | $0.00 | $0.00 | 0.00 |
| 1U-2 610 | Internal Revenue Service  Pay P.O. Box  7317 Philadelphia, PA 19101-7317 | Unsecured | Miscellaneous penalties for 2006 | $125,390.52 | $0.00 | 125,390.52 |
| 2 610 | Proskauer Rose LLP Attn: Jeffrey W. Levitan, Esq. Eleven Times Square New York, NY 10036-8299 | Unsecured | Legal Services, Claimant obtained Default Judgment on 7/27/2012  in action commenced against Debtor in Superior Court for State of  Delaware District Court | $1,258,858.46 | $0.00 | 1,258,858.46 |
| 3 610 | Laurence M. Rosen The Rosen Law Firm, P.A. 275 Madison Avenue,34th Floor New York, NY 10016 | Unsecured | The Rosen Law Firm, P.A. filed Claim No. 3 as a general unsecured claim in the amount of $60.9 million on behalf of  the class plaintiffs in Skeway v. China Natural Gas, Inc. (the Securities Action). On January 28, 2016 the parties entered into a settlement agreement pursuant to which the plaintiffs were awarded $1.5 million in exchange for release of all claims against defendants, including the Debtor's Estate. That settlement was approved by the Delware District Court by order dated June 2, 2016.  This settlement, as well as the fees of Sherman & Sterling, were paid by XL Insurance Company SE under the Debtor's D&O Policy. | $0.00 | $0.00 | 0.00 |
| 4 610 | Richards, Layton & Finger, P.A. Attn: Marisa A. Terranova, Esq. 920 N. King Street Wilmington, DE 19801 | Unsecured | Unpaid legal services provided in 2011 | $30,000.00 | $0.00 | 30,000.00 |
| 5 610 | DB Trustee (Hong Kong) Limited, as Trustee, Collat c/o Seward & Kissel LLP One Battery Park Plaza New York, NY 10004 | Unsecured | | $43,038,049.09 | $0.00 | 43,038,049.09 |
| 6 610 | Abax Lotus, c/o Abax Global Capital (HK) Ltd. 8 FInance St. St. 6708 Two International Finance Center Central & Western Dist., Hk, | Unsecured | Claim is for Senior Notes.  Claimant is Purchaser of Debtor's 100% Equity Interst in Shaanxi. Under terms of Asset Purchase Agreement dated 10/14/2014 (See Exh. A to Sale Motion, Doc. No. 162), approved by Order dated 12/18/2014 (Doc. No. 175), Abax Lotus and Abax Nai Xin, agreed to reduce total amountof Claim Nos. 6, 7,8, 9 and 10 (the "Abax Claims")  (which total $66,277,234.98 ) to $4,435,558.97 which represents a  $61,841,676.0181 reduction of  93.3% from each of the Abax Claims.<br><br>The allowed amount of $4,435,558.97 is pro rated among Claim Nos. 6, 7, 8, 9 and 10. | $591,723.17 | $0.00 | 591,723.17 |

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**   **Claims Bar Date:** January 30, 2015

**Case Number:** 13-10419-SHL
**Debtor Name:** CHINA NATURAL GAS, INC.

Page: 3

**Date:** November 8, 2016
**Time:** 10:29:38 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Additional Claimanat Address:<br>Abax Lotus Ltd.<br>c/o Abax Global Capital (HK) Limited<br>8 Finance St, Ste 6708, 67th Flr<br>Two International Finance Centre<br>Central & Western Dist, Hong Kong<br>Attn: Richard Yee | | | |
| 7<br>610 | Abax Lotus, c/o Abax Global Capital (HK) Ltd.<br>8 FInance St. St. 6708<br>Two International Finance Center<br>Central & Western Dist., Hk, | Unsecured | Claim is for 7 year Warrants issued by Debtor.<br><br>Claimant is Purchaser of Debtor's 100% Equity Interst in Shaanxi. Under terms of Asset Purchase Agreement dated 10/14/2014 (See Exh. A to Sale Motion, Doc. No. 162), approved by Order dated 12/18/2014 (Doc. No. 175), Abax Lotus and Abax Nai Xin, agreed to reduce total amountof Claim Nos. 6, 7,8, 9 and 10 (the "Abax Claims") (which total $66,277,234.98 ) to $4,435,558.97 which represents a $61,841,676.0181 reduction of  93.3% from each of the Abax Claims.<br><br>The allowed amount of $4,435,558.97 is pro rated among Claim Nos. 6, 7, 8, 9 and 10.<br><br>Abax Lotus Ltd.<br>c/o Abax Global Capital (HK) Limited<br>8 Finance St, Ste 6708, 67th Flr<br>Two International Finance Centre<br>Central & Western Dist, Hong Kong<br>Attn: Richard Yee | $250,982.14 | $0.00 | 250,982.14 |
| 8<br>610 | Abax Nai Xin A Ltd. c/o Abax Global Capital (HK) Ltd.<br>8 FInance St. St. 6708<br>Two International Finance Center<br>Central & Western Dist., Hk, | Unsecured | Claim is for guarenteed senior notes.<br><br>Claimant is Purchaser of Debtor's 100% Equity Interst in Shaanxi. Under terms of Asset Purchase Agreement dated 10/14/2014 (See Exh. A to Sale Motion, Doc. No. 162), approved by Order dated 12/18/2014 (Doc. No. 175), Abax Lotus and Abax Nai Xin, agreed to reduce total amountof Claim Nos. 6, 7,8, 9 and 10 (the "Abax Claims") (which total $66,277,234.98 ) to $4,435,558.97 which represents a $61,841,676.0181 reduction of  93.3% from each of the Abax Claims.<br><br>The allowed amount of $4,435,558.97 is pro rated among Claim Nos. 6, 7, 8, 9 and 10.<br><br>Abax Lotus Ltd.<br>c/o Abax Global Capital (HK) Limited<br>8 Finance St, Ste 6708, 67th Flr<br>Two International Finance Centre<br>Central & Western Dist, Hong Kong<br>Attn: Richard Yee | $591,723.16 | $0.00 | 591,723.16 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER     Claims Bar Date: January 30, 2015

**Case Number:** 13-10419-SHL     Page: 4     **Date:** November 8, 2016
**Debtor Name:** CHINA NATURAL GAS, INC.     **Time:** 10:29:38 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 610 | Abax Nai Xin A Ltd. c/o Abax Global Capital (HK) Ltd. 8 FInance St. St. 6708 Two International Finance Center Central & Western Dist., Hk, | Unsecured | | $891,923.73 | $0.00 | 891,923.73 |

Clam is for 7 year warrants issued by Debtor.

Claimant is Purchaser of Debtor's 100% Equity Interst in Shaanxi. Under terms of Asset Purchase Agreement dated 10/14/2014 (See Exh. A to Sale Motion, Doc. No. 162), approved by Order dated 12/18/2014 (Doc. No. 175), Abax Lotus and Abax Nai Xin, agreed to reduce total amountof Claim Nos. 6, 7,8, 9 and 10 (the "Abax Claims") (which total $66,277,234.98 ) to $4,435,558.97 which represents a $61,841,676.0181 reduction of  93.3% from each of the Abax Claims.

The allowed amount of $4,435,558.97 is pro rated among Claim Nos. 6, 7, 8, 9 and 10.

Abax Lotus Ltd.
c/o Abax Global Capital (HK) Limited
8 Finance St, Ste 6708, 67th Flr
Two International Finance Centre
Central & Western Dist, Hong Kong
Attn: Richard Yee

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | Abax Nai Xin A Ltd. c/o Abax Global Capital (HK) Ltd. 8 FInance St. St. 6708 Two International Finance Center Central & Western Dist., Hk, | Unsecured | | $2,109,206.77 | $0.00 | 2,109,206.77 |

Claim is for guarenteed senior notes.

Claimant is Purchaser of Debtor's 100% Equity Interst in Shaanxi. Under terms of Asset Purchase Agreement dated 10/14/2014 (See Exh. A to Sale Motion, Doc. No. 162), approved by Order dated 12/18/2014 (Doc. No. 175), Abax Lotus and Abax Nai Xin, agreed to reduce total amountof Claim Nos. 6, 7,8, 9 and 10 (the "Abax Claims") (which total $66,277,234.98 ) to $4,435,558.97 which represents a $61,841,676.0181 reduction of  93.3% from each of the Abax Claims.

The allowed amount of $4,435,558.97 is pro rated among Claim Nos. 6, 7, 8, 9 and 10.

Abax Lotus Ltd.
c/o Abax Global Capital (HK) Limited
8 Finance St, Ste 6708, 67th Flr
Two International Finance Centre
Central & Western Dist, Hong Kong
Attn: Richard Yee

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | Lake Street Fund, LP c/o First Wilshire Securities Managemen 1214 East Green Street, Suite 104 Pasadena, CA 91106 | Unsecured | Claim is based upon Guarenteed Senior Notes issued 1/29/2008 due in 2014 | $998,313.74 | $0.00 | 998,313.74 |

## E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER
**Claims Bar Date:** January 30, 2015

**Case Number:** 13-10419-SHL

**Debtor Name:** CHINA NATURAL GAS, INC.

Page: 5

**Date:** November 8, 2016

**Time:** 10:29:38 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 -2 610 | Lake Street Fund, LP c/o First Wilshire Securities Management 1214 East Green Street, Suite 104 Pasadena, CA 91106 | Unsecured | Claim is for 7 year warrants | $442,415.00 | $0.00 | 442,415.00 |
| 13U 610 | John T. Carroll, III Cozen O'Connor 1201 North Market St.,Suite 1001 Wilmington, DE 19801 | Unsecured | | $171,022.34 | $0.00 | 171,022.34 |
| 14 610 | Lawrence Leighton c/o Richard C. Schoenstein, Esq., New York, NY 10169 | Unsecured | Laurence Leighton, a former director of the Debtor, by counsel, filed Claim No. 14 as a general unsecured claim of $10,000 for indemnification of defense costs. | $10,000.00 | $0.00 | 10,000.00 |
| 15 610 | Frank Waung c/o Richard C. Schoenstein, Esq., New York, NY 10169 | Unsecured | Frank Waung, a former director of the Debtor, by counsel, filed Claim No. 14 as a general unsecured claim of $10,000 for indemnification of defense costs. | $10,000.00 | $0.00 | 10,000.00 |
| 17 610 | WWC, P.C. 2010 Pioneer court San Mateo, CA 94403 | Unsecured | Amended by Clam No 18 | $0.00 | $0.00 | 0.00 |
| 18 610 | WWC, P.C. 2010 Pioneer Court San Mateo, CA 94403 | Unsecured | Claim seeks payment of Audit related Services | $65,866.52 | $0.00 | 65,866.52 |
| **<< Totals >>** | | | | 50,837,024.94 | 62,500.00 | 50,774,524.94 |

## TRUSTEE'S PROPOSED INTERIM DISTRIBUTION

Exhibit D

Case No.: 13-10419-SHL
Case Name: CHINA NATURAL GAS, INC.
Trustee Name: Alan Nisselson, Trustee

**Balance on hand:**                           $          309,038.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13S | John T. Carroll, III | 63,238.45 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $             0.00
Remaining balance:    $          309,038.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Alan Nisselson, Trustee | 18,819.43 | 0.00 | 18,819.43 |
| Trustee, Expenses - Alan Nisselson, Trustee | 16.71 | 0.00 | 16.71 |
| Attorney for Trustee, Fees - Windels Marx Lane & Mittendorf, LLP | 155,867.90 | 0.00 | 155,867.90 |
| Attorney for Trustee, Expenses - Windels Marx Lane & Mittendorf, LLP | 2,040.33 | 0.00 | 2,040.33 |
| Accountant for Trustee, Fees - Joseph A. Broderick, P.C. | 3,034.50 | 0.00 | 3,034.50 |
| Fees, United States Trustee | 2,925.00 | 0.00 | 2,925.00 |
| Other Fees: Shearman & Sterling LLP | 0.00 | 0.00 | 0.00 |
| Other Fees: Wohl & Fruchter LLP | 62,500.00 | 62,500.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $          182,703.87
Remaining balance:    $          126,334.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Special Counsel Fees - Shearman & Sterling LLP | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:    $             0.00
Remaining balance:    $          126,334.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,346.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Internal Revenue Service  Pay | 6,346.43 | 0.00 | 6,346.43 |

Total to be paid for priority claims:  $        6,346.43
Remaining balance:  $        119,988.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,585,474.64 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | Internal Revenue Service  Pay | 125,390.52 | 0.00 | 213.06 |
| 2 | Proskauer Rose LLP | 1,258,858.46 | 0.00 | 2,138.93 |
| 3 | Laurence M. Rosen | 0.00 | 0.00 | 0.00 |
| 4 | Richards, Layton & Finger, P.A. | 30,000.00 | 0.00 | 50.98 |
| 5 | DB Trustee (Hong Kong) Limited, as Trustee, Collat | 43,038,049.09 | 0.00 | 73,125.86 |
| 6 | Abax Lotus, c/o Abax Global Capital (HK) Ltd. | 591,723.17 | 0.00 | 1,005.40 |
| 7 | Abax Lotus, c/o Abax Global Capital (HK) Ltd. | 250,982.14 | 0.00 | 426.44 |
| 8 | Abax Nai Xin A Ltd. c/o Abax Global Capital (HK) Ltd. | 591,723.16 | 0.00 | 1,005.40 |
| 9 | Abax Nai Xin A Ltd. c/o Abax Global Capital (HK) Ltd. | 891,923.73 | 0.00 | 1,515.47 |
| 10 | Abax Nai Xin A Ltd. c/o Abax Global Capital (HK) Ltd. | 2,109,206.77 | 0.00 | 3,583.75 |
| 11 | Lake Street Fund, LP | 998,313.74 | 0.00 | 1,696.23 |

| 12 -2 | Lake Street Fund, LP | 442,415.00 | 0.00 | 751.71 |
| 13U | John T. Carroll, III | 171,022.34 | 0.00 | 290.58 |
| 14 | Lawrence Leighton | 10,000.00 | 0.00 | 16.99 |
| 15 | Frank Waung | 10,000.00 | 0.00 | 16.99 |
| 17 | WWC, P.C. | 0.00 | 0.00 | 0.00 |
| 18 | WWC, P.C. | 65,866.52 | 0.00 | 111.91 |

Total to be paid for timely general unsecured claims:   $      85,949.70

Remaining balance:   $      34,038.41

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $      0.00

Remaining balance:   $      34,038.41

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $      0.00

Remaining balance:   $      34,038.41

**UST Form 101-7-TFR (05/1/2011)**